IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KENT SATO,<br><br>Respondent. | NO. C12-4916 TEH<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT PETITION |

On December 18, 2012, Magistrate Judge Nathanael Cousins issued a report and recommendation that the verified petition to enforce an Internal Revenue Service ("IRS") summons be granted in this case. The government served the report and recommendation on Respondent Kent Sato by mail on January 7, 2013. Sato, who has made no appearance in this matter, filed no objections within the time allowed under Federal Rule of Civil Procedure 72(b)(2).

Having carefully reviewed the report and recommendation, the Court finds good cause to adopt it in its entirety. Accordingly, the Court GRANTS the government's petition. On or before **February 5, 2013**, the government shall file a proposed order enforcing the summons.

**IT IS SO ORDERED.**

Dated:   01/29/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT