**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    UNITED STATES OF AMERICA,

7                              Petitioner,          NO. C12-4916 TEH

8                    v.                             ORDER ADOPTING
                                                    MAGISTRATE JUDGE'S REPORT
9    KENT SATO,                                     AND RECOMMENDATION TO
                                                    GRANT PETITION
10                             Respondent.

11

12          On December 18, 2012, Magistrate Judge Nathanael Cousins issued a report and

13   recommendation that the verified petition to enforce an Internal Revenue Service ("IRS")

14   summons be granted in this case.  The government served the report and recommendation on

15   Respondent Kent Sato by mail on January 7, 2013.  Sato, who has made no appearance in

16   this matter, filed no objections within the time allowed under Federal Rule of Civil Procedure

17   72(b)(2).

18          Having carefully reviewed the report and recommendation, the Court finds good cause

19   to adopt it in its entirety.  Accordingly, the Court GRANTS the government's petition.  On or

20   before **February 5, 2013**, the government shall file a proposed order enforcing the summons.

21

22   **IT IS SO ORDERED.**

23

24   Dated:   01/29/13

25                                                  THELTON E. HENDERSON, JUDGE
                                                    UNITED STATES DISTRICT COURT

26

27

28