UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NICHOLAS BRUNETTI, Revenue Officer,<br><br>     Petitioners,<br><br>  v.<br><br>KENT SATO,<br><br>     Respondent. | NO. 12-04916 TEH<br><br>[~~Proposed~~]<br>ORDER ENFORCING SUMMONS |

The Court, having considered the record herein, including the Report and Recommendation Re: Petition to Enforce IRS Summons, and Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that Respondent appear before Revenue Officer NICHOLAS BRUNETTI, or any other designated agent, on or before February 27, 2013, at the Offices of the Internal Revenue Service located at 1301 Clay Street, Oakland, California, 94612, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, a copy of which is attached hereto as **Exhibit** **A** and produce for the Revenue Officer's inspection and copying the records described in the attached subject Internal Revenue Service summons.

//

1  Failure to comply with this order may be grounds for a finding of contempt. <u>See</u>,
2  <u>e.g.</u>, <u>United States v. Ayres</u>, 166 F.3d 991, 994-96 (9th Cir. 1999) (affirming finding of
3  contempt, where party failed to comply with court order directing him to provide
4  testimony and produce records to IRS).
5  Petitioners are directed to serve a copy of this **ORDER** and **Exhibit** **A** on
6  respondent in accordance with Fed. R. Civ. P. 4.
7  **ORDERED** this   30   day of   January, 2013  , at San Francisco, California.



UNITED STATES DISTRICT JUDGE